## DUNBAR v. PHILLIPS PETROLEUM CO.

No. 25608. Jan. 14, 1936.

PER CURIAM. The rule announced in Dunbar v. Phillips Petroleum Co., 175 Okla. 489, 53 P. (2d) 545, this day decided, is controlling herein.

McNEILL, C. J., OSBORN, V. C. J., and RILEY, BUSBY, and PHELPS, JJ., concur.